UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 17-7809-MWF(Ex)**                                    Dated: **May 3, 2018**

Title:       Andrew Scott -*v*- Training Mask, LLC, et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Rita Sanchez                                                None Present
   Courtroom Deputy                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

   None Present                                               None Present

PROCEEDINGS (IN CHAMBERS):      COURT ORDER

     In light of the Notice of Settlement [45] filed May 2, 2018, the Court sets a hearing on Order To Show Cause Re Dismissal for June 25, 2018 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other dates are hereby vacated.

     IT IS SO ORDERED.